UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* BRENT BAILEY, et al., <br><br>         Plaintiffs, <br>    v. <br><br> GATAN, INC. et al., <br><br>         Defendants. | Case No. 2:12-cv-0106 MCE CKD <br><br> ORDER |

The United States and state of California having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and California False Claims Act (CFCA), § 12652(c)(6)(B), the Court rules as follows:

IT IS ORDERED that:

1. The Complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the Notice of the United States and state of California of Elections to Decline Intervention, which the relators will serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and state of California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1). The United States and state of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve notices of appeal upon the United States and state of California;

6. All orders of this Court shall be sent to the United States and state of California; and that

///

///

7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and state of California with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED**.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE