1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA, and          No.  2:12-cv-00106-MCE-CKD
     STATE OF CALIFORNIA, *ex rel.*
12   BRENT BAILEY, EMILY WADE, and
     RICHARD ROE,
13                                           **ORDER**
                    Plaintiffs,
14
           v.
15
     GATAN, INC., ROPER INDUSTRIES,
16   INC. and DOES 1 through 100,
     inclusive,
17
                    Defendants.
18

19

20         Relator and Plaintiff Richard Roe voluntarily moved for an order dismissing

21   himself as a Relator and Plaintiff in this case.  Federal Rule of Civil Procedure 41(a)

22   provides that voluntary dismissal is permitted "before the opposing party serves either an

23   answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a).  Here, no opposing

24   party has filed an answer or a motion for summary judgment, and counsel for Plaintiff

25   Richard Roe has declared that the United States, the State of California, and the two

26   remaining Plaintiffs and Relators consent to the withdrawal and dismissal of Plaintiff and

27   Relator Richard Roe.  Withdrawal and dismissal of Plaintiff Richard Roe does not

28   constitute dismissal, withdrawal, or release of claims made on behalf of the real parties

1    in interest, the United States, and the State of California, or made on behalf of the two

2    remaining Plaintiffs and Relators.

3        Accordingly, Plaintiff and Relator Richard Roe's motion to voluntarily withdraw as

4    a party to this case is GRANTED (ECF No. 18) and Richard Roe is withdrawn and

5    dismissed as a party to this case.

6        IT IS SO ORDERED.

7    DATE:  May 10, 2013

8

9    _____

10   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2