ERIC C. BELLAFRONTO, Bar No. 162102
ebellafronto@littler.com
NICOLAS T. KELSEY, Bar No. 246060
nkelsey@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
GATAN, INC. and ROPER INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. BRENT BAILEY, EMILY WADE, and RICHARD ROE,<br><br>Plaintiffs,<br><br>v.<br><br>GATAN, INC., ROPER INDUSTRIES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.  2:12-CV-0106 MCE CKD<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' DISCOVERY CUTOFF** |

**STIPULATION AND ORDER CONTINUING DEFENDANTS' DISCOVERY CUTOFF**

Relators Brent Bailey and Emily Wade and Defendants Gatan, Inc. ("Gatan") and Roper Industries, Inc. ("Roper") hereby stipulate to the following:

WHEREAS, the Court's Pretrial Scheduling Order, dated August 28, 2013, scheduled the discovery cutoff in this action as May 16, 2014.

WHEREAS, from December 2013 until the present, Counsel for Relators has been unavailable to participate in any significant tasks related to this case, including scheduling and attending the depositions of witnesses, due to the need to care for his minor daughter who is suffering from a serious health condition.

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  2:12-CV-0106 MCE CKD        STIPULATION AND [PROPOSED] ORDER
                                      CONTINUING DEFTS' DISCOVERY CUT-OFF

WHEREAS, Defendant Gatan, Inc. properly served notices to take the depositions of six witnesses between March 18 and April 8, 2014, including notices to take the depositions of Relator Brent Bailey on March 18, 2014 and Relator Emily Wade on March 21, 2014, but Counsel for Relators was unable to appear for those depositions and cancelled those depositions because of his need to care for his daughter.

NOW, THEREFORE, the parties stipulate and respectfully request that the Court order the following:

1. Defendants' deadline for taking depositions and for having any dispute related to non-expert discovery resolved, and any order concerning discovery obeyed, shall be continued to July 15, 2014, which the parties realize will be extended to August 14, 2014, if Relators' motion for 90-day continuance of the discovery cut-off, trial, and other key dates is granted.

2. Relators and Counsel for Relators shall appear for their depositions, and Counsel for Relators shall appear at depositions of other witnesses that are properly noticed by Defendants, so long as Defendants provide at least two weeks' notice for the deposition of Relator Emily Wade. The parties shall, in good faith, attempt to schedule these depositions on dates that are convenient for the parties, counsel, and the witnesses, and as soon as their respective calendars reasonably permit.

3. With the exception of issuance of subpoenas to third parties solely for production of documents (and not for oral testimony), Relators may not take any depositions before Defendants have completed the depositions of those witnesses for whom Defendants have issued deposition notices and/or deposition subpoenas as of the date of this Stipulation. Those witnesses are: Brent Bailey, Emily Wade, Venugopal Ranganathan, Anatoly Katsev, Paul Green, and John Olson. Notwithstanding this limitation, if, for reasons beyond the control of Relators or Relators' counsel, one or more of such listed depositions remains uncompleted as of May 16, 2014, Relators after such date may proceed to take such depositions so long they are taken by the later of June 30, 2014 or such longer continued discovery cutoff date as may be ordered by the Court, and so long as such depositions are permitted by the Federal Rules of Civil Procedure.

///

Dated: March ___, 2014                    LITTLER MENDELSON, P.C.


                                          By:_____
                                              ERIC C. BELLAFRONTO
                                              NICOLAS T. KELSEY
                                              Attorneys for Defendants
                                              GATAN, INC. and ROPER INDUSTRIES, INC.

Dated: March ___, 2014


                                          _____
                                          DANIEL BARTLEY
                                          BARTLEY LAW OFFICES
                                          Attorney for Relators
                                          UNITED STATES OF AMERICA, and
                                          STATE OF CALIFORNIA, ex rel. BRENT
                                          BAILEY, EMILY WADE, and RICHARD
                                          ROE

## ORDER

The preceding stipulation, ECF No. 36, having been reviewed and approved by the Court, IT IS ORDERED that:

1. Defendants' deadline for taking depositions and for having any dispute related to non-expert discovery resolved, and any order concerning discovery obeyed, shall be continued to July 15, 2014;

2. Relators and Counsel for Relators shall appear for their depositions, and Counsel for Relators shall appear at depositions of other witnesses that are properly noticed by Defendants, so long as Defendants provide at least two weeks' notice for the deposition of Relator Emily Wade. The parties shall, in good faith, attempt to schedule these depositions on dates that are convenient for the parties, counsel, and the witnesses, and as soon as their respective calendars reasonably permit;

3. With the exception of issuance of subpoenas to third parties solely for production of documents (and not for oral testimony), Relators may not take any depositions before

1  Defendants have completed the depositions of those witnesses for whom Defendants have issued
2  deposition notices and/or deposition subpoenas as of the date of this Stipulation.  Notwithstanding
3  this limitation, if, for reasons beyond the control of Relators or Relators' counsel, one or more of
4  such listed depositions remains uncompleted as of May 16, 2014, Relators after such date may
5  proceed to take such depositions so long they are taken by the later of June 30, 2014 or such longer
6  continued discovery cutoff date as may be ordered by the Court, and so long as such depositions are
7  permitted by the Federal Rules of Civil Procedure; and

8          4.      The parties are ORDERED to specifically address in their subsequent briefing
9  on Relators'/Plaintiffs' Motion to Continue Discovery Cutoff, Trial, and Other Key Dates, ECF
10 No. 34, how this stipulation and Order impacts Plaintiffs' Motion, should it be granted.  The briefing
11 schedule for Plaintiffs' Motion, ECF No. 34, is set forth in Local Rule 230(c), (d).

12      IT IS SO ORDERED.
13 Dated:  April 2, 2014

        _____
15      MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  2:12-CV-0106 MCE CKD        4.        STIPULATION AND ORDER CONTINUING
                                                DEFTS' DISCOVERY CUT-OFF