1  ERIC C. BELLAFRONTO, Bar No. 162102
   ebellafronto@littler.com
2  NICOLAS T. KELSEY, Bar No. 246060
   nkelsey@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5  Facsimile:    408.288.5686

6  Attorneys for Defendants
   GATAN, INC. and ROPER INDUSTRIES, INC.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, and          Case No.  2:12-CV-0106 MCE CKD
   STATE OF CALIFORNIA, ex rel. BRENT
12 BAILEY, EMILY WADE, and RICHARD        **STIPULATION AND ORDER**
   ROE,                                   **CONTINUING DISCOVERY CUTOFF**
13                                        **AND OTHER DATES, AND STAYING**
                  Plaintiffs,             **DISCOVERY**
14
   v.
15
   GATAN, INC., ROPER INDUSTRIES,
16 INC., and DOES 1 through 100, Inclusive,

17                Defendants.

18

19

20     **STIPULATION CONTINUING DISCOVERY CUTOFF AND OTHER DATES, AND**

21                            **STAYING DISCOVERY**

22         Relators Brent Bailey and Emily Wade and Defendants Gatan, Inc. ("Gatan") and

23 Roper Industries, Inc. ("Roper") hereby stipulate to the following:

24         WHEREAS, the Court's Amended Pretrial Scheduling Order, dated May 28, 2014

25 (Dckt. No. 46), set trial in this matter for August 31, 2015, and established other dates and deadlines

26 applicable to this case, including a deadline of October 31, 2014, for completion of non-expert

27 discovery and a deadline of April 30, 2015, for the hearing of dispositive motions.

28

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  2:12-CV-0106 MCE CKD    STIPULATION AND [PROPOSED] ORDER
                                  CONTINUING DISCOVERY CUTOFF AND
                                  OTHER DATES, AND STAYING DISCOVERY

1          WHEREAS, on September 5, 2014, Defendants filed a Motion for Judgment on the Pleadings, or in the Alternative, Motion to Strike ("Motion for Judgment on the Pleadings"), which seeks dismissal of all or portions of Relators' Complaint.

          WHEREAS, the parties' recognize that if the Court grants Defendants' Motion for Judgment on the Pleadings, in whole or in part, this ruling could have a significant effect on the scope of discovery and the appropriate topics of discovery for both parties.

          WHEREAS, the parties do not wish to burden the Court with unnecessary discovery motions or issues that may become moot or irrelevant based upon the Court's ruling on the Motion for Judgment on the Pleadings.

          WHERAS, the parties wish to stay discovery pending the Court's ruling on Defendants' Motion for Judgment on the Pleadings, to avoid incurring additional burden and expense of discovery that may be rendered unnecessary by the Court's ruling.

          NOW, THEREFORE, the parties stipulate and respectfully request that the Court order the following:

          1.     All dates and deadlines established in the Court's May 28, 2014 Amended Pretrial Scheduling Order shall be continued at least six months.

          2.     The parties shall stay all discovery until the Court issues an order on Defendants' Motion for Judgment on the Pleadings, or until a date 60 days before the new non-expert discovery deadline established by this Stipulation and Order, whichever date is earlier. During the stay, the parties will postpone all pending discovery requests, depositions, meet and confer efforts, and discovery conferences, and will not engage in any new discovery.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  2:12-CV-0106 MCE CKD          2.          STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF AND OTHER DATES, AND STAYING DISCOVERY

Dated: September ___, 2014

By:_____
    ERIC C. BELLAFRONTO
    NICOLAS T. KELSEY
    LITTLER MENDELSON, P.C.
    Attorneys for Defendants
    GATAN, INC. and ROPER INDUSTRIES, INC.

Dated: September ___, 2014

By:_____
    DANIEL BARTLEY
    BARTLEY LAW OFFICES
    Attorney for Relators
    BRENT BAILEY and EMILY WADE

**ORDER**

Pursuant to the above stipulation, the Court's May 28, 2014, Amended Pretrial Scheduling Order (ECF No. 46) is VACATED. A Second Amended Pretrial Scheduling Order will be forthcoming.[1]

The parties SHALL stay all discovery until the Court issues an order on Defendants' Motion for Judgment on the Pleadings (ECF No. 56), or until a date 60 days before the new non-expert discovery deadline established by this Stipulation and Order, whichever date is earlier. As set forth above, during the stay, the parties will postpone all pending discovery requests, depositions, meet and confer efforts, and discovery conferences, and will not engage in any new discovery.

IT IS SO ORDERED.

Dated: September 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties are advised to scrupulously review the forthcoming amended scheduling order as the dates may not be the same as those requested by the parties due to other matters on the Court's calendar.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 2:12-CV-0106 MCE CKD     3.     STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF AND OTHER DATES, AND STAYING DISCOVERY