UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex. rel. BRENT BAILEY AND EMILY WADE, <br><br>Plaintiffs/Relators, <br><br>v. <br><br>GATAN, INC, et al., <br><br>Defendants. | No.  2:12-cv-106 MCE CKD <br><br><br><br>ORDER |

Pending before the court is defendants' motion for sanctions.  Good cause appearing, IT IS HEREBY ORDERED that no later than 9:00 a.m. on August 12, 2016, defendants shall submit for <u>in camera</u> review a copy of the 21-page document Bates stamped GAT-GDC-00002495--GAT-GDC-00002515 ("Document 2495") which was stamped with the "AEO" label at the bottom left corner and which was provided to plaintiffs in response to plaintiffs' document requests.

Dated:  August 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bailey-gatan.icr

1