CHARLES J. STEVENS, SBN 106981
cstevens@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
DEENA B. KLABER, SBN 285237
dklaber@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

Attorneys for GATAN, INC., and ROPER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. BRENT BAILEY and EMILY WADE,<br><br>Plaintiffs,<br><br>v.<br><br>GATAN, INC., and ROPER INDUSTRIES, INC.,<br><br>Defendants. | CASE NO. 2:12-CV-0106 MCE CKD<br><br>**ORDER GRANTING DEFENDANTS GATAN, INC. AND ROPER TECHNOLOGIES, INC.'S REQUEST TO SEAL PORTIONS OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE AND RELATED DOCUMENTS** |

Having considered Defendants Gatan, Inc. and Roper Technologies, Inc.'s ("Defendants") Request to Seal Portions of Joint Statement Regarding Discovery Dispute and Related Documents submitted on August 10, 2016, and the papers submitted in relation thereto, and finding good cause therefor:

Defendants' Request to Seal Portions of Joint Statement Regarding Discovery Dispute and Related Documents submitted to the Court on August 10, 2016 is GRANTED.  Defendants shall file the redacted version of the Joint Statement and related documents within ten (10) days of this Order.

Dated:  August 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE