CHARLES J. STEVENS, SBN 106981
cstevens@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
DEENA B. KLABER, SBN 285237
dklaber@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

Attorneys for GATAN, INC., and ROPER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. BRENT BAILEY and EMILY WADE,<br><br>Plaintiffs,<br><br>v.<br><br>GATAN, INC., and ROPER INDUSTRIES, INC.,<br><br>Defendants. | CASE NO. 2:12-CV-0106 MCE CKD<br><br>**ORDER GRANTING DEFENDANTS GATAN, INC. AND ROPER TECHNOLOGIES, INC.'S REQUEST TO SEAL AND MOTION FOR ADDITIONAL REDACTIONS OF TRANSCRIPT OF AUGUST 17, 2016 HEARING REGARDING DEFENDANTS' MOTION FOR SANCTIONS** |

Having considered Defendants Gatan, Inc. and Roper Technologies, Inc.'s ("Defendants") Request to Seal Portions of Transcript of August 17, 2016 Hearing Regarding Defendants' Motion for Sanctions ("Transcript") ("Request to Seal") and accompanying Motion for Additional Redactions of Transcript of the same ("Motion for Additional Redactions") and finding good cause therefor:

Defendants' Request to Seal and Motion for Additional Redactions (ECF No. 160) is GRANTED.  The Clerk shall maintain the full Transcript (ECF No. 153) under seal.  Defendant shall file the redacted version of the Transcript within seven days.

////

/////

Dated: October 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE