CHARLES J. STEVENS, SBN 106981
cstevens@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
DEENA B. KLABER, SBN 285237
dklaber@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

Attorneys for GATAN, INC., and ROPER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. BRENT BAILEY and EMILY WADE,<br><br>Plaintiffs,<br><br>v.<br><br>GATAN, INC., and ROPER INDUSTRIES, INC.,<br><br>Defendants. | CASE NO. 2:12-CV-0106 MCE CKD<br><br>**ORDER GRANTING DEFENDANTS GATAN, INC. AND ROPER TECHNOLOGIES, INC.'S REQUEST TO SEAL PORTIONS OF EXPERT REPORT OF K. PAUL STEINMEYER** |

Having considered Defendants Gatan, Inc. and Roper Technologies, Inc.'s ("Defendants") Request to Seal Portions of Expert Report of K. Paul Steinmeyer and finding good cause therefor:

Defendants' Request to Seal Portions of Expert Report of K. Paul Steinmeyer is GRANTED. Defendants shall file redacted versions of the documents subject to the Request within ten (10) days of this Order.

IT IS SO ORDERED.

DATED: November 7, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE