DANIEL ROBERT BARTLEY (SBN 79586)s
BARTLEY LAW OFFICES
Pruneyard Towers (South Tower)
1999 South Bascom Avenue, Suite 700
Campbell, CA 95008-2205
Telephone 408-879-2643
E-mail DanielBartleyLaw@aol.com
Attorneys for Brent Bailey and Emily Wade, Relators

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and EASTERN DISTRICT OF CALIFORNIA UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* BRENT BAILEY and EMILY WADE,<br><br>Plaintiffs,<br><br>vs.<br><br>GATAN, INC., ROPER INDUSTRIES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants.<br>_____ | ) Case No. Civ. 2:12-cv-0106 MCE CKD<br>)<br>) **ORDER**<br>) **DIRECTING THE CLERK TO SEAL**<br>) **RELATORS' REQUEST FOR**<br>) **RECONSIDERATION BY THE**<br>) **DISTRICT COURT OF MAGIS-**<br>) **TRATE JUDGE'S RULINGS IN**<br>) **AUGUST 22, 2016, ORDER (DKT.**<br>) **NO. 140)**<br>)<br>) Judge: Hon. Morrison C. England, Jr.<br>) Fed. R. Civ. P. 72<br>) Local Rule 303<br>) |

Relators Brent Bailey and Emily Wade, by counsel, having applied ex parte for an order directing the Clerk to file under seal "Relators' Request for Reconsideration by the District Court of Magistrate Judge's Rulings in August 22, 2016, Order (Dkt. No. 140)" on groundsthat such contains information that Defendants maintain is protected by the operative Amended Stipulated Protective Order (Dkt. No. 79), it is hereby ORDERED that the Clerk file such document under seal until further orders of the Court.

IT IS SO ORDERED.

DATED:  November 7, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE