DANIEL ROBERT BARTLEY (SBN 79586)s
BARTLEY LAW OFFICES
Pruneyard Towers (South Tower)
1999 South Bascom Avenue, Suite 700
Campbell, CA 95008-2205
Telephone 408-879-2643
E-mail DanielBartleyLaw@aol.com
Attorneys for Brent Bailey and Emily Wade, Relators

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and EASTERN DISTRICT OF CALIFORNIA UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* BRENT BAILEY and EMILY WADE,<br><br>Plaintiffs,<br><br>vs.<br><br>GATAN, INC., ROPER INDUSTRIES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. Civ. 2:12-cv-0106 MCE CKD<br><br>**ORDER GRANTING RELATORS' MOTION TO SEAL EXHIBIT B TO BARTLEY DECLARATION IN SUPPORT OF RELATORS' APPLICATION FOR RULE 60 RELIEF PERMITTING RELATORS TO NOTICE FOR HEARING THEIR RENEWED MOTION TO COMPEL AFTER THE AUGUST 22 DISCOVERY CUT-OFF DATE** |

Counsel for Relators Brent Bailey and Emily Wade having moved the Court for an order placing under seal tendered Exhibit B to the Declaration of Relators' Counsel in support of Relators' ex parte application for FRCP 60 relief, and good cause therefore, the Clerk is directed to file such tendered document under seal.

IT IS SO ORDERED.

DATED: November 7, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE